John J. Weiss, Jr., Claimant-Appellee, v. Alberta E. Ehrlich, Executor of the Last Will and Testament of Benjamin H. Ehrlich, Deceased, Executor-Appellant.

Gen. No. 50,368. ■

First District, Third Division.

December 2, 1965.

Hoffman & Davis, of Chicago, for appellant; H. Reid Harris, of Chicago, for appellees. Opinion by PRESIDING JUSTICE DEMPSEY. Not to be published in full.